**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-01953-LTB-MJW

APRIL HARRIS,

       Plaintiff,

v.

ALLSTATE INSURANCE COMPANY and
TOM LINTON,

       Defendants.

_____

**ORDER**
_____

Having come before the Court on Plaintiff's Unopposed Motion to Amend Complaint and having reviewed the pleadings and otherwise being fully advised on the issues, the Court GRANTS said motion.

The Court hereby ORDERS that Plaintiff be permitted to amend the Complaint, removing all claims against Defendant Linton, all claims for breach of fiduciary duty, and any and all separate claims under the Unfair Claims Settlement Act.  Plaintiff's Amended Complaint, filed simultaneously with his Motion is hereby accepted for filing.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:  December 4, 2009