IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01953-LTB-MJW

APRIL HARRIS,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendant's Motion for Protective Order (docket no. 28) is **DENIED** for the following reasons.

Whether to issue a Protective Order lies within the trial court's sound discretion. Wang v. Hsu, 919 F.2d 130, 130 (10th Cir. 1990).  Protection is warranted upon a showing of good cause, to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense."  Fed. R. Civ. P. 26(c).

In this case, Defendant's Motion to Sever Claims Pursuant to Fed. R. Civ. P. 42(a) (docket no. 21), filed on January 14, 2010, is currently pending before Judge Babcock. Staying discovery pending the outcome of motions determining preliminary matters raises issues "of pretrial management and judicial efficiency that fall within the court's discretion." Greeley Pub. Co. v. Hergert, 233 F.R.D. 607, 612 (D.Colo.2006).  In String Cheese Incident, LLC v. Stylus Shows, Inc., 2006 WL 894955 (D. Colo. Mar. 30, 2006), former Magistrate Judge Coan applied the following analysis, in which she weighed the following interests:

1. plaintiff's interests in proceeding expeditiously with the civil action and the potential prejudice to plaintiff of a delay;
2. the burden on the defendants;
3. the convenience to the court;
4. the interests of persons not parties to the civil litigation; and,
5. the public interest.

Id. at *2 (citing FDIC v. Renda, 1987 WL 348645 *2 (D. Kan. 1978)).

2

   After taking into consideration those factors listed above, Rule 26(c), and applicable case law, this court finds that the interest of justice requires that this case go forward with discovery.  Defendant has failed to demonstrate good cause for a protective order and to stay discovery.  Lastly, it is in the public interest to resolve civil disputes quickly and timely and to move forward with this case in discovery.

Date:   February 24, 2010