IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01953-LTB-MJW

APRIL HARRIS,

Plaintiff(s),

v.

ALLSTATE INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant and Plaintiff's Stipulated Motion for Protective Order (docket no. 39) is GRANTED finding good cause shown.  The Stipulated Protective Order, (docket no. 39) is approved and made an order of court.

Date:  April 5, 2010