IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01953-LTB-MJW

APRIL HARRIS,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER ( Docket No. 43 )

THE COURT, having reviewed the Stipulated Motion to Modify Scheduling Order and being advised in the premises, doth hereby order as follows:

The Stipulated Motion to Modify Scheduling Order is GRANTED and shall be modified as follows:

1. Discovery cut off: September 1, 2010.
2. Plaintiff's expert designation: June 29, 2010.
3. Defendants's expert designation: July 30, 2010.
4. Rebuttal expert designation: August 17, 2010.
5. Dispositive Motion Deadline: October 1, 2010.

DONE in Court this 28TH day of April, 2010.

BY THE COURT:

*(signature)*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO