IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01953-LTB-MJW

APRIL HARRIS,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

---

**ORDER MODIFYING SCHEDULING ORDER DEADLINES**
( Docket no 51 )

---

This Court, having reviewed and considered Defendant's Unopposed Motion to Modify Scheduling Order, and being itself fully advised,

HEREBY ORDERS that the Motion is GRANTED; and

FURTHER ORDERS that the Scheduling Order shall be modified as follows:

1. Discovery cut off: November 1, 2010

2. Plaintiff's expert designation: September 1, 2010

3. Defendants's expert designation: October 1, 2010

4. Rebuttal expert designation: October 15, 2010

5. Dispositive motion deadline: December 1, 2010

DONE in Court this 18TH day of June, 2010.

-1-

09-CV-01953-LTB-MJW

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO