**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-01953-LTB-MJW

APRIL HARRIS,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____

**ORDER**
_____

On June 22, 2010, I entered my Order granting the Defendant's Motion for Summary Judgment in favor of Defendant and against Plaintiff directing that judgment enter accordingly with costs awarded to Defendant (Doc 57). The Judgment was entered on that same date (Doc 58).

It appears that on June 21, 2010, Defendant filed its Unopposed Motion for Rule 35 Examination of Plaintiff April Harris (Doc 56). Judgment having been entered in favor of Defendant and against Plaintiff, the Motion for Rule 35 Examination is moot. Accordingly

IT IS ORDERED that the Defendant's Motion for Rule 35 Examination of Plaintiff April Harris (Doc 56) is DENIED AS MOOT.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   June 23, 2010